# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NAVARRETE QUINTANA,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA E. LERMOND, et al.,<br><br>Defendants. | Case No. 5:23-cv-01522-WLH-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the Amended Brief to the Second Amended Complaint, the records on file, the Order Re Second Amended Complaint, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report were filed.

The Court accepts the Report and adopts it as its own findings and conclusions.

IT IS THEREFORE ORDERED that all of the defendants and claims in the Second Amended Complaint are dismissed with prejudice, except for the following defendants and claims that have passed screening:

- Defendant Department of State Hospitals Conditional Release Program ("DSH CONREP"): Substantive due process, procedural due process, free exercise, equal protection, and declaratory relief (all official capacity);
- Defendant Gateways Hospital & Mental Health Centers Forensic Community Treatment Program ("Gateways FCTP"): Substantive due process, procedural due process, free exercise, equal protection, and declaratory relief (all official capacity);
- Defendant Nicole L. Paglione: Substantive due process, procedural due process, and declaratory relief (all individual capacity);
- Defendant Ashley Cabadas: Free exercise, equal protection, and declaratory relief (all individual capacity); and
- Defendant Meredith Michaels: Free exercise, equal protection, and declaratory relief (all individual capacity).

Dated: 9/5/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2