UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NAVARRETE QUINTANA,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA E. LERMOND, et al.,<br><br>Defendants. | Case No. 5:23-cv-01522-WLH-PD<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that all of the defendants and claims in the Second Amended Complaint are dismissed with prejudice, except for the following defendants and claims that have passed screening:

- Defendant Department of State Hospitals Conditional Release Program ("DSH CONREP"): Substantive due process, procedural due process, free exercise, equal protection, and declaratory relief (all official capacity);
- Defendant Gateways Hospital & Mental Health Centers Forensic Community Treatment Program ("Gateways FCTP"): Substantive

due process, procedural due process, free exercise, equal protection, and declaratory relief (all official capacity);

- Defendant Nicole L. Paglione: Substantive due process, procedural due process, and declaratory relief (all individual capacity);
- Defendant Ashley Cabadas: Free exercise, equal protection, and declaratory relief (all individual capacity); and
- Defendant Meredith Michaels: Free exercise, equal protection, and declaratory relief (all individual capacity).

Dated: 9/5/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2